UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TAMATHA MATTHEWS

VERSUS                    CIVIL ACTION NO.: 04-897-A

ALCO COLLECTIONS, INC.

## RULING ON MOTION FOR SUMMARY JUDGMENT

The court after carefully considering the motion, the record, the law applicable to this action, and the Report and Recommendation of the United States Magistrate Judge Stephen C. Riedlinger, dated October 17, 2005, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

This matter is referred to Magistrate Judge Stephen C. Riedlinger to get the case ready for trial.

Accordingly, the motion for summary judgment by defendants Alco Collections, Inc., and James Allen (doc. 17) is **DENIED**.

Baton Rouge, Louisiana, November 15, 2005.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA